COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Volt Electricity Provider, L.P.

Appellate case number:      01-20-00665-CV

Trial court case number:    2020-13088

Trial court:                215th District Court of Harris County

       Relator, Volt Electricity Provider, L.P., has filed a petition for a writ of mandamus. The Court requests a response to the petition from the real party in interest. **The response, if any, is due to be filed with this Court no later than 20 days of the date of this order.**

       It is so ORDERED.

Judge's signature: ___/s/ Terry Adams_____

              ☑ Acting individually    ☐ Acting for the Court

Date: _October 1, 2020_____